# United States Bankruptcy Court
**Southern District of Texas**

In re: **Janelle Lee Riley**
Debtor(s)

Case No. **22-32842**
Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule A/B**
**Schedule C**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **10/28/2022**

/s/ **Rabin J. Pournazarian**
**Rabin J. Pournazarian 186735**
Attorney for Debtor(s)
**Price Law Group, APC**
**6345 Balboa Blvd. Suite 247**
**Encino, CA 91316**
**818-995-4540 Fax:818-995-9277**
**rabin@pricelawgroup.com**

| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Janelle Lee Riley** <br> First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number | 22-32842 |

■ Check if this is an amended filing

# Official Form 106A/B
## Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   | 3.1 | Make: | **Dodge** | Who has an interest in the property? Check one | Current value of the entire property? | Current value of the portion you own? |
   |---|---|---|---|---|---|
   | | Model: | **Durango** | ■ Debtor 1 only | | |
   | | Year: | **2015** | ☐ Debtor 2 only | | |
   | | Approximate mileage: | **97,000** | ☐ Debtor 1 and Debtor 2 only | | |
   | | Other information: | | ☐ At least one of the debtors and another | $12,696.00 | $12,696.00 |
   | | **Encumbered Value based on KBB trade in value fair condition** | | ☐ Check if this is community property (see instructions) | | |

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>**     $12,696.00

**Part 3:  Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**           Current value of the portion you own? Do not deduct secured claims or exemptions.

Debtor 1  **Janelle Lee Riley**                                                              Case number *(if known)*  **22-32842**

6. **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes. Describe.....

    | **Living room set: Sofa, recliner, end tables and coffee table $1500**<br>**Bedroom set: 2 night stands, 2 beds, 2 mattresses $1500**<br>**Kitchen table with 4 chairs**<br>**Kitchen appliances: air fryer, coffee maker and toaster** | **$3,000.00** |
    |---|---|

7. **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes. Describe.....

    | **Living room TV $500, Son`s room TV $275, Janelle`s room TV$300, Son (Jaden laptop)$200, Son (Jevon laptop)$200, Nintendo Switch $200, and Janelle`s cell $600** | **$2,275.00** |
    |---|---|

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Janelle`s clothing: pants, shirts, dresses and 6 pairs of shoes $300**<br>**2 kids clothing: pants, shirts, socks, underwear and 3 pairs of shoes each $400** | **$700.00** |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **Costume jewelry** | **$30.00** |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No

Official Form 106A/B                         Schedule A/B: Property                                              page 2

Debtor 1  **Janelle Lee Riley**  Case number *(if known)* **22-32842**

☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................  **$6,005.00**

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes..........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................  Institution name:

    17.1.  **Checking account with Chase Bank**  $17.80

    17.2.  **Checking and Savings account with Chime Bank**  $2,024.28

    17.3.  **Cash App Account**  $0.00

    17.4.  **Chime Credit Builder Account**  $1,118.08

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes.................  Institution or issuer name:

    **Robinhood Stocks**  $20.56

    **Uphold Stocks**  $0.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them....................
        Name of entity:                        % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No

Debtor 1   **Janelle Lee Riley**　　　　　　　　　　　　　　　　　　　Case number *(if known)*   **22-32842**

■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| | 401(k) pension plan with A+ Mortgage Services INC | $8,691.59 |

22. **Security deposits and prepayments**
　　Your share of all unused deposits you have made so that you may continue service or use from a company
　　*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................　　　　　　　　　　　　　　　Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............　　　Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
　　26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............　　　Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
　　*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
　　*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
　　*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
　　*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
　　*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

Debtor 1    **Janelle Lee Riley**                                       Case number *(if known)*    22-32842

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................................................**  $11,872.31

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ....................................**  $0.00

| Debtor 1 | Janelle Lee Riley | Case number *(if known)* | 22-32842 |
|---|---|---|---|

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | $0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $12,696.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $6,005.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $11,872.31 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $30,573.31 | Copy personal property total → $30,573.31 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $30,573.31 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Janelle Lee Riley** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | | |
| Case number (if known) | 22-32842 | | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Living room set: Sofa, recliner, end tables and coffee table $1500 Bedroom set: 2 night stands,2 beds, 2 mattresses $1500 Kitchen table with 4 chairs Kitchen appliances: air fryer, coffee maker and toaster** Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Living room TV $500, Son`s room TV $275, Janelle`s room TV$300, Son (Jaden laptop)$200, Son (Jevon laptop)$200, Nintendo Switch $200, and Janelle`s cell $600** Line from *Schedule A/B*: **7.1** | $2,275.00 | ■ $2,275.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Janelle`s clothing: pants, shirts, dresses and 6 pairs of shoes $300 2 kids clothing: pants, shirts, socks, underwear and 3 pairs of shoes each $400** Line from *Schedule A/B*: **11.1** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | Janelle Lee Riley | | Case number (if known) | 22-32842 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Costume jewelry**  Line from Schedule A/B: **12.1** | $30.00 | ■ $30.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Checking account with Chase Bank**  Line from Schedule A/B: **17.1** | $17.80 | ■ $17.80  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking and Savings account with Chime Bank**  Line from Schedule A/B: **17.2** | $2,024.28 | ■ $2,024.28  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Chime Credit Builder Account**  Line from Schedule A/B: **17.4** | $1,118.08 | ■ $1,118.08  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Robinhood Stocks**  Line from Schedule A/B: **18.1** | $20.56 | ■ $20.56  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Uphold Stocks**  Line from Schedule A/B: **18.2** | $0.00 | ■ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **401(k) pension plan with A+ Mortgage Services INC**  Line from Schedule A/B: **21.1** | $8,691.59 | ■ $8,691.59  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☐ Yes

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 2 of 2

**Fill in this information to identify your case:**

Debtor 1: Janelle Lee Riley

Debtor 2 (Spouse if, filing): 

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): 22-32842

☐ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Janelle Lee Riley
Signature of Debtor 1

Date 10/28/2022

X _____
Signature of Debtor 2

Date _____

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

## United States Bankruptcy Court
**Southern District of Texas**

In re  **Janelle Lee Riley**                                                                Case No.  **22-32842**
                                       Debtor(s)                                            Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **10/28/2022**, a copy of **Amended Schedule A/B and Amended Schedule C** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**VIA ELECTRONIC NOTICE**
US TRUSTEE: USTPRegion07.HU.ECF@USDOJ.GOV
CHAPTER 7 TRUSTEE: Randy W WIlliams, rww@bymanlaw.com

**VIA US MAIL**
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**SEE ADDITIONAL SERVICE LIST ATTACHED**

                                                                    **/s/ Rabin J. Pournazarian**
                                                                    **Rabin J. Pournazarian 186735**
                                                                    **Price Law Group, APC**
                                                                    **6345 Balboa Blvd. Suite 247**
                                                                    **Encino, CA 91316**
                                                                    **818-995-4540 Fax:818-995-9277**
                                                                    **rabin@pricelawgroup.com**

```
Label Matrix for local noticing          PRA Receivables Management, LLC         4
0541-4                                   PO Box 41021                            United States Bankruptcy Court
Case 22-32842                            Norfolk, VA 23541-1021                  PO Box 61010
Southern District of Texas                                                       Houston, TX 77208-1010
Houston
Fri Oct 28 11:02:33 CDT 2022

Apple Card/GS Bank USA                   Capital One                             Capital One
Lockbox 6112 PO Box 7247                 151 Bernal Road #8                      Attn: General Correspondence
Philadelphia, PA 19170-0001              San Jose, CA 95119-1306                 PO Box 30285
                                                                                 Salt Lake City, UT 84130-0285

Chartway FCU                             Citi                                    Comenity Bank
5700 Cleveland Street                    PO Box 6286                             P.O Box 182273
Virginia Beach, VA 23462-1752            Sioux Falls, SD 57117-6286              Columbus, OH 43218-2273

Credit One Bank                          Discover Bank                           GM Financial
PO Box 98873                             DFS Services LLC                        P.O. Box 183834
Las Vegas, NV 89193-8873                 PO Box 3025                             Arlington, TX 76096-3834
                                         New Albany, OH 43054-3025

Houston Methodist                        (p)JPMORGAN CHASE BANK  N A             Kohls Capital One
PO BOX 3133                              BANKRUPTCY MAIL INTAKE TEAM             N56 Ridgewood Drive
Houston, TX 77253-3133                   700 KANSAS LANE FLOOR 01                Menomonee Falls, WI 53051
                                         MONROE LA 71203-4774

Mercury Bank                             (p)MOHELA                               SYNCB
Card Services/Bankruptcy                 CLAIMS DEPARTMENT                       Attn: Bankruptcy Dept.
PO Box 84064                             633 SPIRIT DRIVE                        PO Box 965060
Columbus, GA 31908-4064                  CHESTERFIELD MO 63005-1243              Orlando, FL 32896-5060

SYNCB/ Old Navy                          SYNCB/Rooms To Go                       TxTag
PO Box 965005                            PO Box 960061                           PO Box 650749
Orlando, FL 32896-5005                   Orlando, FL 32896-0061                  Dallas, TX 75265-0749

US Trustee                               WFDS/WDS                                Janelle Lee Riley
Office of the US Trustee                 P.O. Box 1697                           8101 Research Forest Dr. Apt. 9101
515 Rusk Ave                             Winterville, NC 28590-1697              Spring, TX 77382-1588
Ste 3516
Houston, TX 77002-2604

Rabin Pournazarian                       Randy W Williams
Price Law Group APC                      Byman & Associates PLLC
6345 Balboa Blvd.                        7924 Broadway
Ste 247                                  Suite 104
Encino, CA 91316-1580                    Pearland, TX 77581-7933
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| JPMCB - Card Services<br>301 N Walnut St, Floor 09<br>Wilmington, DE 19801-3935 | Mohela/Dept of Ed<br>633 Spirit Drive<br>Chesterfield, MO 63005 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     1<br>Total                  26 |